United States Courts
Southern District of Texas
FILED

MAR 22 2022  BM

Nathan Ochsner, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. L-22-359 |
| | § | |
| JESUS HIRAM SALAZAR-SALAZAR | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

DS

On or about **March 6, 2022**, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**JESUS HIRAM SALAZAR-SALAZAR,**

did fraudulently and knowingly export and send, and attempt to export and send from the United States to the United Mexican States, merchandise, articles, and objects, that is:

| | Firearm Make and Model | Serial Number | Caliber | Type |
|---|---|---|---|---|
| 1. | BCM, Bravo Company | A055894 | 3.8 | Rifle |
| 2. | 243 Winchester Tikka, T3 | C23363 | .243 | Rifle |
| 3. | Heckler & Koch MP5 | HD001159 | .22 | Rifle |
| 4. | Sig Sauer P320 | 58A001612 | 9mm | Pistol |
| 5. | Sig Sauer P238 | 27C083109 | .380 | Pistol |
| 6. | Sig Sauer P320 | 58J209891 | 9mm | Pistol |
| 7. | Glock 19 Gen 4 | BDMF627 | 9mm | Pistol |

merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to:

|  | **Firearm Make and Model** | **Serial Number** | **Caliber** | **Type** |
|---|---|---|---|---|
| 1. | BCM, Bravo Company | A055894 | 3.8 | Rifle |
| 2. | 243 Winchester Tikka, T3 | C23363 | .243 | Rifle |
| 3. | Heckler & Koch MP5 | HD001159 | .22 | Rifle |
| 4. | Sig Sauer P320 | 58A001612 | 9mm | Pistol |
| 5. | Sig Sauer P238 | 27C083109 | .380 | Pistol |
| 6. | Sig Sauer P320 | 58J209891 | 9mm | Pistol |
| 7. | Glock 19 Gen 4 | BDMF627 | 9mm | Pistol |
| 8. | Walther PPS | AQ4112 | 9mm | Pistol |
| 9. | Sig Sauer P365 | 66F009264 | 9mm | Pistol |
| 10. | Springfield Armory XD-9 | AT201556 | 9mm | Pistol |
| 11. | CZ P-10 C | F179196 | 9mm | Pistol |
| 12. | GLOCK 42 | AEXT239 | .380 | Pistol |

A TRUE BILL:

JENNIFER B. LOWERY
UNITED STATES ATTORNEY        ORIGINAL SIGNATURE ON FILE

/s/
ANTHONY BROWN
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

CRIMINAL DOCKET NO. **L-22-359**

LAREDO DIVISION

FILE: 2022R01675  MAG#: 22-00419
INDICTMENT  Filed: March 22, 2022  Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, USA
VS.  ANTHONY BROWN, AUSA

**JESUS HIRAM SALAZAR-SALAZAR**

**CHARGE:**
Ct. 1:   Smuggling Goods from the United States
         [18 USC 554 & 2]

         Notice of Forfeiture

**TOTAL COUNTS: 1**

**PENALTY:**
Ct. 1:   0 to 10 years and/or $250,000 Fine, $100 special assessment,
         Not more than a three (3)-year term of supervised release